FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 03 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02967-BNB

MICHAEL JOHN MALLISH,

    Applicant,

v.

TED MINK, Jefferson County Sheriff, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

ORDER OF DISMISSAL

---

    Applicant, Michael John Mallish, currently is confined at the Jefferson County Detention Facility in Golden, Colorado. On January 3, 2011, Mr. Mallish filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 seeking the dismissal of his conviction in Jefferson County District Court Case No. 09-CR-000726. He has paid the $5.00 filing fee.

    On January 31, 2011, Magistrate Judge Boyd N. Boland ordered Respondents to file a pre-answer response within twenty-one days limited to addressing the affirmative defenses of timeliness under 28 U.S.C. § 2244(d) and/or exhaustion of state court remedies under § 2254(b)(1)(A). The January 31 order permitted Mr. Mallish to file a reply within twenty-one days of the filing of the pre-answer response. On February 7, 2011, Respondents filed their pre-answer response. On February 28, 2011, Mr. Mallish filed a reply.

    The Court must construe liberally Mr. Mallish's filings because he is not

represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be an advocate for a *pro se* litigant. *See Hall*, 935 F.2d at 1110. For the reasons stated below, the Court will deny the application and dismiss the action.

Mr. Mallish alleges that he was convicted in No. 09-CR-000726 on charges of criminal mischief, felony menacing, attempted escape, and harassment, and is awaiting sentencing. Respondents clarify Mr. Mallish's allegations by asserting that he is incarcerated at the Jefferson County Jail awaiting a March 3, 2011, hearing on habitual offender counts in No. 09-CR-00726. They further assert that sentencing is set for March 10, 2011.

Mr. Mallish's request for the dismissal of his conviction is not appropriate in this action. Absent extraordinary or special circumstances, federal courts are prohibited from interfering with ongoing state criminal proceedings. *See Younger v. Harris*, 401 U.S. 37 (1971); *Phelps v. Hamilton*, 59 F.3d 1058, 1063-64 (10th Cir. 1995). To establish extraordinary or special circumstances, a defendant must be facing an irreparable injury that is both great and immediate. *See Younger*, 401 U.S. at 46. The exceptions to *Younger* provide only for a "very narrow gate for federal intervention." *Phelps*, 59 F.3d at 1064 (internal quotation marks omitted).

Mr. Mallish does not allege any facts that indicate he will suffer great and immediate irreparable injury if the Court fails to intervene in the ongoing state court criminal proceedings. His assertion that he has been denied access to the courts because his attorney "won't raise any issues," *see* application at 3, by itself, is

2

insufficient to establish great and immediate irreparable injury. *See Younger*, 401 U.S. at 46; *Dolack v. Allenbrand*, 548 F.2d 891, 894 (10th Cir. 1977). If Mr. Mallish believes he is being deprived of the effective assistance of counsel, Rule 35(c) of the Colorado Rules of Criminal Procedure provides an adequate remedy. Furthermore, if he believes his federal constitutional rights were violated in obtaining his conviction, he may pursue his claims in federal court by filing an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 after he exhausts state remedies. Accordingly, it is

ORDERED that the application is denied and the action is dismissed without prejudice. It is

FURTHER ORDERED that no certificate of appealability will issue because Applicant has not made a substantial showing of the denial of a constitutional right.

DATED at Denver, Colorado, this __3rd__ day of ____March____, 2011.

BY THE COURT:


s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02967-BNB

Michael J. Mallish
Prisoner No.1003055
Jefferson County Detention Facility
PO Box 16700
Golden, CO 80402-6700

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on March 3, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk